**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 52444**

May 18, 1972.

the rulings of the trial court, based on evidentiary hearing, are correct.

262 So.2d 36

**STATE of Louisiana ex rel. John WYERS**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 52457.**

May 18, 1972.

The showing made is insufficient to warrant the exercise of our original or supervisory jurisdiction.

262 So.2d 36

**STATE of Louisiana**

v.

**Philip H. CROTHERS, Jr.**

**No. 52447.**

May 18, 1972.

The showing made is insufficient to warrant the exercise of our supervisory jurisdiction.

262 So.2d 36

**John C. FUCHS, Jr.**

v.

**Edward LABRUYERE, Finance Director of the Parish of Jefferson, State of Louisiana.**

**No. 52450.**

May 18, 1972.

no error in refusing to hold finance director in contempt; whatever legal rights applicant has to contest the award of interest in the contempt proceedings are reserved.

SUMMERS, J. I believe the contempt of the Finance Director should be enforced.

DIXON, J., dissents from the refusal to grant; there is no judgment in the record; the trial court and the court of appeal appear to have been in error.